**Jeffrey Lee HALL, Plaintiff–Appellant,**

v.

**Tim BARBOUR, Lieutenant Colonel, Assistant Superintendent; Kimberly K. Royal; Timothy Lightbourne, Correctional Officer, Defendants–Appellees.**

**No. 01–6567.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 5, 2001.

Jeffrey Lee Hall, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Lee Hall appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp.2000) complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district

**Anthony S. FAIR, Petitioner–Appellant,**

v.

court. *Hall v. Barbour*, No. CA–01–236–AM (E.D.Va. filed Mar. 26, 2001; entered Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*